■ ROBERT DORSKIND et al., Appellants, v HAGEDORN COMMUNICATIONS CORPORATION et al., Respondents.—In an action to recover damages, *inter alia,* for fraud and breach of contract, the plaintiffs appeal from an order of the Supreme Court, Nassau County (Becker, J.), entered May 13, 1985,

which denied their motion for reargument of an order of the same court, entered September 19, 1984.

Ordered that the appeal is dismissed, without costs or disbursements.

No appeal lies from an order denying reargument. Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.